# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMARIO SUDDUTH,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77188 **FILED**

DEC 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

DEMARIO SUDDUTH,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77428

## *ORDER ADMINISTRATIVELY CLOSING APPEAL AND TRANSFERRING DOCUMENTS*

Docket No. 77428 is a pro se appeal from a judgment of conviction. This underlying case was consolidated in district court with district court case number C-17-324525-1. A notice of appeal from the judgment of conviction in that case was previously docketed in this court as Docket No. 77188. Accordingly, we direct the clerk of this court to administratively close the appeal in Docket No. 77428 and transfer to Docket No. 77188 all documents filed in Docket No. 77428.

It is so ORDERED.

_____, C.J.

cc:    Hon. Michelle Leavitt, District Judge
       Demario Sudduth
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-907176